NUMBER 13-06-433-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

JOHNNY VEGA,                                                                          Appellant,

v.

THE STATE OF TEXAS,                                                               Appellee.
________________________________________________________

On appeal from the 214th District Court 
of Nueces County, Texas.
________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Garza
Memorandum Opinion Per Curiam

          Appellant, JOHNNY VEGA, attempted to perfect an appeal from a judgment entered
by the 214th District Court of Nueces County, Texas. Sentence in this cause was imposed
on August 25, 1999. No timely motion for new trial was filed. The notice of appeal was
due to be filed on September 24, 1999, but was not filed until May 24, 2006. Said notice
of appeal is untimely filed. 
          Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension of
time for filing notice of appeal if such notice is filed within fifteen days of the last day
allowed and within the same period a motion is filed in the court of appeals reasonably
explaining the need for such extension. Appellant failed to file his notice of appeal and a
motion requesting an extension of time within such period. 
          The Court, having considered the documents on file and appellant's failure to timely
perfect his appeal, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                                           PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 28th day of September, 2006.